IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

LIONEL ROBINSON,

    Petitioner,

v.                           Case No. 1:17cv198-MW/CJK

JULIE L. JONES, Secretary.

    Respondent.

_____/

## ORDER ACCEPTING REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation, ECF No. 29, and has also reviewed *de novo* Petitioner's objections to the report and recommendation, ECF No. 32. Accordingly,

**IT IS ORDERED**:

The report and recommendation is **accepted and adopted**, over Petitioner's objections, as this Court's opinion. The Clerk shall enter judgment stating, "The Respondent's motion to dismiss, ECF No. 22, is **GRANTED**. Petitioner's petition for writ of habeas corpus, ECF No. 1, challenging his judgment of conviction and sentence sentence in *State of Florida v. Lionel L. Robinson*, Alachua County Circuit Court Case No. 2010-CF-4386, is **DISMISSED with prejudice**. A Certificate of Appealability is **DENIED**." The Clerk shall close the file.

**SO ORDERED on January 2, 2019.**

                                          s/Mark E. Walker
                                          **Chief United States District Judge**